EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 04 2004

at 10 o'clock and 10 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00061 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §846] |
| JAIME COLUMPIT AGTANG,<br>  also known as "Jun",   (01)<br>FELIPE RAGUINDEN DOMANGUERA,<br>  also known as "Phil", also<br>  known as "Barber",   (02)<br>DAN CORNELIUS CLARIDAD TAUYAN,<br>  also known as "Dan",   (03) | |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

From a time unknown up through and including on or about January 22, 2004, in the District of Hawaii and elsewhere,

Defendants JAIME COLUMPIT AGTANG, also known as "Jun"; FELIPE RAGUINDEN DOMANGUERA, also known as "Phil", also known as "Barber"; and DAN CORNELIUS CLARIDAD TAUYAN, also known as "Dan", and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately five pounds, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around January, 2004, Defendant JAIME COLUMPIT AGTANG agreed to accept a federal express parcel containing controlled substances at his residence.

2. On or about January 22, 2004, Defendant JAIME COLUMPIT AGTANG accepted a federal express parcel at his residence located at 1214 Neal Avenue, Wahiawa, Hawaii.

3. On or about January 22, 2004, Defendants JAIME COLUMPIT AGTANG, FELIPE RAGUINDEN DOMANGUERA and DAN CORNELIUS CLARIDAD TAUYAN transported the federal express parcel from Wahiawa to Mililani, Hawaii.

4. On or about January 22, 2003, Defendant FELIPE RAGUINDEN DOMANGUERA transported the federal express parcel to his residence in Mililani, opened the federal express parcel and handled its contents.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

DATED: __FEB 0 4 2004__, 2004 at Honolulu, Hawaii

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney